IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 OCT -3  PM 4: 29

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL A. BAKER and MICHAEL T. GLUK,<br><br>         Defendants. | Civil Action No. 1:12-CV-00285 |

## ORDER GRANTING DEFENDANTS' JOINT MOTION TO STAY

Before the Court is Defendants' Joint Motion to Stay (the "Motion"). Having considered the Motion, Plaintiff Securities and Exchange Commission's Response thereto (if any), and Defendants' Reply (if any), the record in this action as a whole, and the governing law, the Court enters the following order:

IT IS ORDERED that Defendants' Joint Motion to Stay is GRANTED; and

IT IS FURTHER ORDERED that all deadlines in this action are VACATED all proceedings in this matter are STAYED pending the final resolution of the criminal action pending before this Court styled and numbered *United States v. Baker et al.*, Case No. 13-CR-346-SS.

SIGNED this the 3rd day of October, 2013.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE