FILED
2018 JUN 29 PM 4:50

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : Civil Action No. 1:12-cv-00285 |
| vs. | : |
| MICHAEL A. BAKER AND MICHAEL T. GLUK, | : |
| Defendants. | : |

## AGREED FINAL JUDGMENT AS TO DEFENDANT MICHAEL T. GLUK

The Securities and Exchange Commission filed a Complaint, and Defendant Michael T. Gluk ("Defendant") entered a general appearance; consented to the Court's jurisdiction over Defendant and over the subject matter of this action; consented to the entry of this Final Judgment without admitting or denying the allegations of the complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment.

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable for violating Section 304(a) of the Sarbanes-Oxley Act of 2002, 15 U.S.C. § 7243(a). However, in light of the final judgment against Gluk in the parallel criminal action styled *United States v. Baker and Gluk,* Crim. Action No. 1:13-cr-346-SS, in the United States District Court for the Western District of Texas, Austin Division, the Court imposes no monetary relief against Defendant in this action.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is barred from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of the Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: 6/29/18

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE

Approved as to form:

*s/ Jason S. Lewis*
Jason S. Lewis
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201
Ph: 214-743-4548
Fax: 972-813-6250
*jason.lewis@dlapiper.com*
Attorney for Defendant Michael T. Gluk


*s/ Jennifer D. Brandt*
Jennifer D. Brandt
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102
Phone: (817) 978-6442
Fax: (817) 978-4927
*brandtj@sec.gov*
Attorney for Plaintiff Securities and Exchange Commission